

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00527-CV

**CITY OF ASHERTON**,
Appellant

v.

**CARRIZO SPRINGS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 11-08-11482-DCV
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  June 26, 2013

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed not later than May 20, 2013.  On May 29, 2013, after no brief or motion for extension of time was filed, this court ordered Appellant to show cause in writing not later than June 10, 2013, why this appeal should not be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).  As of this date, no response has been filed.  Therefore, this appeal is dismissed for want of prosecution.  *See id.* R. 38.8(a)(1), 42.3(b).  Costs of this appeal are taxed against Appellant.  *See id.* R. 43.4.

PER CURIAM